In the Matter of WILLIAM H. GROSSMAN, INC., Respondent, against JAMES C. QUINN et al., Individually and as Members of the New York City Alcoholic Beverage Control Board, et al., Appellants.— Order unanimously reversed, with $20 costs and disbursements to the appellants, the petition dismissed and

the determination of the State Liquor Authority reinstated. There is reasonable basis in law and on the evidence for the action of the Authority. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.